**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7672**

───────────

MICHAEL EDWARD CARR,

                            Plaintiff - Appellant,

        versus

MCDOWELL   COUNTY   LAW   ENFORCEMENT   CENTER;
MCDOWELL  COUNTY  MAGISTRATES  OFFICE;  JACKIE
TURNER, Sheriff; DEBBIE TERRELL, Magistrate,

                            Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-99-152-1-2-MU)

───────────

Submitted:  February 10, 2000        Decided:  February 17, 2000

───────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael Edward Carr, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Edward Carr appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Carr v. McDowell County Law Enforcement Ctr.</u>, No. CA-99-152-1-2-MU (W.D.N.C. Nov. 17, 1999); <u>see</u> <u>also</u> <u>Linda R.S. v. Richard D.</u>, 410 U.S. 614, 619 (1973) (noting that a private citizen has no cognizable right to insist on a criminal prosecution).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on November 5, 1999, the district court's records show that it was entered on the docket sheet on November 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).